1 | Christine Neuharth (SBN 263509)
Email: cneuharth@reedsmith.com
2 | REED SMITH LLP
1901 Avenue of the Stars, Suite 700
3 | Los Angeles, CA 90067
Telephone: 310.734.5200
4 | Facsimile: 310.734.5299

5 | Attorneys for Defendant
Synchrony Bank

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  LORRAINE MICHIKO NAKASHIMA, | Case No.: 2:17-cv-1536 |
| 11           Plaintiff, | [Removal from Superior Court of California, County of Los Angeles, Case No. **17K01232**] |
| 12  vs. | |
| 13  SYNCHRONY BANK; DOES 1-10 inclusive, | **DEFENDANT SYNCHRONY BANK'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441** |
| 14 | |
| 15           Defendants. | Action Filed: January 25, 2017 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA:

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Synchrony Bank ("Synchrony") hereby files a Notice of Removal for the above-captioned action from the Superior Court of the State of California for the County of Los Angeles to United States District Court for the Central District of California. In support of this Notice of Removal, Synchrony states as follows:

1. Synchrony is a named defendant in a lawsuit that was filed on January 25, 2017, in the Superior Court of Los Angeles County, California, styled *Lorraine Michiko Nakashima v. Synchrony Bank, et. al.*, No. 17K01232 ("State Court Action").

2. On January 26, 2017, Plaintiff served Synchrony's registered agent with the Complaint and Summons in the State Court Action, a copy of which is attached hereto as **Exhibit A**.

3. On February 24, 2017, Synchrony timely filed this Notice of Removal within 30 days of being served with the Complaint and Summons. *See* 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** is a true and correct copy of all substantive records and proceedings from the state court filed by or served upon Synchrony.

5. The claims of relief alleged in the State Court Action arise under a federal statute, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, *et seq*. This Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331. *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 748 (2012) (holding that TCPA claims plainly arise under

the laws of the United States).

6. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

7. This Court is the proper district court for removal because Los Angeles County Superior Court is located within the United States District Court for the Central District of California.

8. In accordance with 28 U.S.C. § 1446(d), Synchrony will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of the Notice with the Clerk of the Superior Court of Los Angeles County, California.

9. There are no other cases related to the instant action, and Synchrony has not attempted to remove this case previously.

10. By filing this Notice of Removal, Synchrony does not waive any defense to the Complaint including, but not limited to, lack of service, improper service, and/or lack of personal jurisdiction.

**WHEREFORE**, Defendant Synchrony Bank notices the removal of the State Court Action to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

DATED: February 24, 2017                    Reed Smith LLP

                                            By: /s/ *Christine M. Neuharth*
                                            Christine M. Neuharth
                                            Attorneys for Defendant
                                            Synchrony Bank

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067-6078. On February 24, 2017, I served the following document(s) by the method indicated below:

**DEFENDANT SYNCHRONY BANK'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441**

☑ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☑ by transmitting via email to the parties at the email addresses listed below:

### SERVICE LIST

Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
Email:   tfriedman@toddflaw.com
         abacon@toddflaw.com
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 24, 2017, at Los Angeles, California.

_____
Carol J. Kidd

US_ACTIVE-130946846.1 02/24/2017 2:18 PM

Case No. 2:17-cv-1536    -4-
SYNCHRONY BANK'S NOTICE OF
REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441