Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORRAINE MICHIKO NAKASHIMA,** | ) Case No. **2:17-cv-01536-R-KS** |
| **Plaintiff,** | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **SYNCHRONY BANK,** | ) |
| **Defendant.** | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiff, with Defendant's consent and agreement, requests that this Honorable Court vacate all pending deadlines and hearings and allow thirty (30) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 2nd Day of May, 2017.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

1  Filed electronically on this 2nd Day of May, 2017, with:

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

6  Honorable Manuel L. Real
United States District Court
7  Central District of California

8  And all Counsel of Record on the electronic service list.

11 This 2nd Day of May, 2017.

12 s/Todd M. Friedman
13 Todd M. Friedman