# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORRAINE MICHIKO NAKASHIMA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SYNCHRONY BANK,**<br><br>**Defendant.** | Case No. **2:17-cv-01536-R-KS**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 30th day of May, 2017.

_____
The Honorable Manuel L. Real

Order to Dismiss - 1